# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 473
:
APPOINTMENT TO INTERBRANCH : JUDICIAL ADMINISTRATION DOCKET
COMMISSION FOR GENDER, RACIAL :
AND ETHNIC FAIRNESS :


## ORDER


**PER CURIAM**


AND NOW, this 21st day of December, 2016, the Honorable Timothy K. Lewis is hereby appointed as a member of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years commencing December 31, 2016.